# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RENE MOODY, as Special Administrator for the     PLAINTIFF
Estate of Bobbie Jean Mooney, Deceased

v.     NO. 1:12CV00091 JLH

MIDWEST LOGISTICS, LLC, et al.     DEFENDANTS

## ORDER

    This Court previously entered an order staying this action for a period of ninety days. Ninety days have passed. The defendants have reported that the stay can be lifted because they are now in a position to go forward with the defense of the case. The stay is therefore lifted. A new scheduling order will be issued separately.

    IT IS SO ORDERED this 18th day of March, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE