# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

RENE MOODY             PLAINTIFF

v.             NO. 1:12CV00091 JLH

MIDWEST LOGISTICS, LLC;
OVERLAND TRANSPORT, INC.;
RONALD VANDUZER; and
LUFKIN INDUSTRIES, INC.             DEFENDANTS

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 1st day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE